# UNITED STATES DISTRICT COURT

for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| In the Matter of the Search of: | ) | |
| | ) | |
| information associated with the email address | ) | Case No. __19-M-025__ |
| **nachavi@hotmail.com**, see Attachment A. | ) | |
| | ) | |
| | ) | |
| | ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

information associated with the email address **nachavi@hotmail.com** , see Attachment A.

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE __Feb. 4, 2019__ _(not to exceed 14 days)_
☐ in the daytime between 6:00 a.m. and 10:00 p.m.     ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __David E. Jones__ .
                                                                     _(United States Magistrate Judge)_

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized _(check the appropriate box)_
     ☐for _____ days (not to exceed 30)     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __Jan. 24, 2019__
                                   __10:5 am__                     _____
                                                                              _Judge's signature_

City and State: __Milwaukee, Wisconsin__          __David E. Jones , U.S. Magistrate Judge__
                                                                           _Printed Name and Title_

## Return

| Case No:<br>J3-18-0071 | Date and time warrant executed:<br>2/24/19  5:02pm | Copy of warrant and inventory left with:<br>Microsoft Online Services |
|---|---|---|

Inventory made in the presence of:

TFO Matt Cooper

Inventory of the property taken and/or name of any person(s) seized:

Results in 2/7/19

Approximately 1,796 emails received from
MSN Online Services.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 4/2/19

_____
*Executing officer's signature*

Keller Williams, Special Agent
*Printed name and title*

Subscribed, sworn to, and returned before me this date:

Date: April 2 2019

_____
*United States Magistrate Judge*